IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Picardi Jr, Paul L | Case Number: 06 B 12585 |
|---|---|---|
| | Lavandeira, Dana L | Judge: Goldgar, A. Benjamin |
| | Printed: 12/28/07 | Filed: 10/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: October 9, 2007
Confirmed: November 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,237.50 | |
| Secured: | | 5,931.66 |
| Unsecured: | | 136.43 |
| Priority: | | 397.34 |
| Administrative: | | 2,178.50 |
| Trustee Fee: | | 461.49 |
| Other Funds: | | 3,132.08 |
| Totals: | 12,237.50 | 12,237.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,271.00 | 1,271.00 |
| 2. | Robert J Semrad & Associates | Administrative | 907.50 | 907.50 |
| 3. | Downey Savings & Loan | Secured | 0.00 | 0.00 |
| 4. | Harmony Village Condo. Assoc | Secured | 4,068.00 | 100.00 |
| 5. | Downey Savings & Loan | Secured | 22,510.59 | 5,831.66 |
| 6. | Illinois Dept of Revenue | Priority | 397.34 | 397.34 |
| 7. | Household Bank FSB | Unsecured | 1,338.08 | 0.00 |
| 8. | Honda Finance Services | Unsecured | 12,661.68 | 136.43 |
| 9. | Sallie Mae | Unsecured | 11,058.33 | 0.00 |
| 10. | Tri Cap Investment Partners | Unsecured | 1,841.60 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 446.97 | 0.00 |
| 12. | National Recovery, Inc | Unsecured | 178.50 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 965.77 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 965.22 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,049.78 | 0.00 |
| 16. | General Motors Acceptance Corp | Unsecured | 480.81 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 665.78 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 39.00 | 0.00 |
| 19. | Ford Motor Credit Corporation | Unsecured | 14,206.56 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 332.28 | 0.00 |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 24. | Check Rite | Unsecured | | No Claim Filed |
| 25. | Global Payments | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Picardi Jr, Paul L
　　　　　Lavandeira, Dana L
　　　　　Printed: 12/28/07

Case Number:  06 B 12585
Judge: Goldgar, A. Benjamin
Filed: 10/3/06

| | | | |
|---|---|---|---|
| 26. | H&F Law | Unsecured | No Claim Filed |
| 27. | Citibank | Unsecured | No Claim Filed |
| 28. | Dell Financial Services, Inc | Unsecured | No Claim Filed |
| 29. | Nicor Gas | Unsecured | No Claim Filed |
| 30. | Check Rite | Unsecured | No Claim Filed |
| 31. | Nicor Gas | Unsecured | No Claim Filed |
| 32. | Village of Wheeling | Unsecured | No Claim Filed |
| 33. | Nicor Gas | Unsecured | No Claim Filed |

　　　　　　　　　　　　　　　　　　　_____　　_____
　　　　　　　　　　　　　　　　　　　$ 75,384.79　　$ 8,643.93

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 241.44 |
| 5.4% | 220.05 |
| | _____ |
| | $ 461.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　　　　Marilyn O. Marshall, Trustee, by:

